# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

144082

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CARL L. BILLETER,
   Plaintiff-Appellant,

v

            SC: 144082
            COA: 303798
            WCAC: 10-000079

GENERAL MOTORS CORPORATION,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the October 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
            Clerk

t0227